ASA TALLMADGE, Plaintiff in Error, *v.* ELISHA A. KIRK
*et al.*, Defendants in Error.

ERROR TO WINNEBAGO.

See the preceding case for a statement of this.

CATON, C. J.　This case is brought here by writ of error, by
Tallmadge, upon the same record upon which the appeal was
taken, in the case of *Ferguson et al.* v. *Tallmadge*, decided at this
term, for the purpose of reversing that portion of the decree by
which the bill was dismissed as to Kirk and Smith, two of the
original defendants.　So far from the court having erred in
dismissing the bill, as to these defendants, we have in the case
referred to, decided that it should have dismissed the bill as to
all of the defendants.　What has been there said is sufficient
for both cases.

The decree must be affirmed.